

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-26-00147-CV

---

Juan Antonio Sepulveda, Appellant

v.

Robert L. Kimpel and Mark Kimpel, Appellees

---

On Appeal from the 41st District Court
El Paso County, Texas
Trial Court No. 2020DCV3526

---

## MEMORANDUM OPINION

Appellant, Juan Antonion Sepulveda, filed an unopposed motion to dismiss this

interlocutory appeal.[1] According to Appellant's motion, the trial court "amended its order to grant

---

[1] Appellees had brought various claims against Appellants, seeking, among other things, declaratory and injunctive relief. After the trial court issued a summary judgment order that Appellant claimed functioned as a temporary injunction, Appellant filed an interlocutory appeal. *See Harley Channelview Props., LLC v. Harley Marine Gulf, LLC,*

summary judgment without awarding the injunctive relief at issue in this interlocutory appeal," rendering the appeal moot.

We grant the motion and dismiss the appeal as moot. *See* Tex. R. App. P. 42.1(a)(1); *see also Nat'l Collegiate Athletic Ass'n v. Jones*, 1 S.W.3d 83, 86 (Tex. 1999) (holding that courts are prohibited from deciding moot controversies).


LISA J. SOTO, Justice

May 15, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.

---

690 S.W.3d 32, 35, 41 (Tex. 2024) (holding that the court of appeals had jurisdiction over an interlocutory appeal from a "prejudgment enforcement order that functions as a temporary injunction.").